SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
Mark E. Duckstein
(973) 643-7000

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022-4689
Jeffrey Q. Smith  (*pro hac vice*)
Steven G. Brody  (*pro hac vice*)
Susan F. DiCicco  (*pro hac vice*)
(212) 705-7000

Attorneys for Defendants Credit Suisse Securities (USA) LLC
(formerly known as Credit Suisse First Boston Corporation) and
Credit Suisse AG, New York Branch (formerly known as
Credit Suisse First Boston, New York Branch)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LLOYDS TSB BANK PLC, | |
| Plaintiff, | Civil Action No. 03-2784 (SDW)(MCA) |
| v. | |
| BANK ONE, N.A., BANC ONE CAPITAL MARKETS, INC., CREDIT SUISSE FIRST BOSTON, CREDIT SUISSE FIRST BOSTON LLC, DELOITTE & TOUCHE LLP, MOODY'S INVESTORS SERVICES, INC., FITCH, INC., J.P. MORGAN CHASE & CO., THOMAS G. MENDELL, HAROLD W. POTE, and LANCE K. POULSEN, | NOTICE OF MOTION FOR TRANSFER (ORAL ARGUMENT REQUESTED) (*Electronically Filed Document*) |
| Defendants. | |

TO:  All Counsel On The Attached Service List

COUNSEL:

PLEASE TAKE NOTICE that on June 4, 2012, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendants Credit Suisse Securities (USA) LLC, formerly known as Credit Suisse First Boston Corporation, and Credit Suisse AG, New York Branch, formerly known as Credit Suisse First Boston, New York Branch (collectively, "Credit Suisse"), shall move before the above-referenced Court for an Order transferring this matter to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

PLEASE TAKE FURTHER NOTICE that in support of the motion described in the preceding paragraph, Credit Suisse shall rely upon the enclosed supporting brief, with accompanying Declaration of Stephen Scotch-Marmo, and proposed form of Order; and

PLEASE TAKE FURTHER NOTICE that Credit Suisse requests oral argument in connection with the motion described herein.

SILLS CUMMIS & GROSS P.C.
Attorneys for Defendants Credit Suisse Securities (USA) LLC
(formerly known as Credit Suisse First Boston Corporation) and
Credit Suisse AG, New York Branch (formerly known
as Credit Suisse First Boston, New York Branch)

By:   s/ *Mark E. Duckstein*
        MARK E. DUCKSTEIN

- and -

BINGHAM McCUTCHEN LLP
Attorneys for Defendants Credit Suisse Securities (USA) LLC
(formerly known as Credit Suisse First Boston Corporation) and
Credit Suisse AG, New York Branch (formerly known
as Credit Suisse First Boston, New York Branch)

JEFFREY Q. SMITH (*pro hac vice*)
STEVEN G. BRODY  (*pro hac vice*)
SUSAN F. DiCICCO  (*pro hac vice*)

Dated: April 30, 2012