SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
Mark E. Duckstein
(973) 643-7000

and

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022-4689
Jeffrey Q. Smith (*pro hac vice*)
Steven G. Brody (*pro hac vice*)
Susan F. DiCicco (*pro hac vice*)
(212) 705-7000

Attorneys for Defendants Credit Suisse Securities (USA) LLC
(formerly known as Credit Suisse First Boston Corporation)
and Credit Suisse AG, New York Branch (formerly known as
Credit Suisse First Boston, New York Branch)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LLOYDS TSB BANK PLC, | |
| Plaintiff, | Civil Action No. 03-2084 (SDW)(MCA) |
| v. | |
| BANK ONE, N.A., BANC ONE CAPITAL MARKETS, INC., CREDIT SUISSE FIRST BOSTON, CREDIT SUISSE FIRST BOSTON LLC, DELOITTE & TOUCHE LLP, MOODY'S INVESTORS SERVICES, INC., FITCH, INC., J.P. MORGAN CHASE & CO., THOMAS G. MENDELL, HAROLD W. POTE, and LANCE K. POULSEN, | ORDER<br><br>*(Electronically Filed Document)* |
| Defendants. | |

THIS MATTER having been opened to the Court by defendants Credit Suisse Securities

(USA) LLC, formerly known as Credit Suisse First Boston Corporation, and Credit Suisse AG,

New York Branch, formerly known as Credit Suisse First Boston, New York Branch

(collectively "Credit Suisse"), for an Order transferring this matter to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a), and the Court having read the papers submitted by all parties, having heard oral argument, and for good cause shown;

      IT IS on this ____ day of _____, 2012:

      ORDERED that Credit Suisse's motion to transfer this matter is hereby granted; and it is further

      ORDERED that the Clerk of the Court is hereby directed to administratively transfer this matter to the United States District Court for the Southern District of New York.

_____