## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Motion to Transfer Venue Pursuant to § 28 U.S.C. 1404(a) was served to all counsel listed below electronically when possible, and by first class mail, postage prepaid, this 30th day of April, 2012.

| | |
|---|---|
| Harold G. Levison, Esq.<br>Cindy Kelly, Esq.<br>Kasowitz Benson Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>hlevison@kasowitz.com<br>ckelly@kasowitz.com | B. John Pendleton, Jr.<br>McCarter & English, LLP<br>Four Gateway Street<br>100 Mulberry Street<br>Newark, NJ 07102<br>john.pendleton@dlapiper.com |

                                                    /s/ *Mark E. Duckstein*
                                                       Mark E. Duckstein