
**McCARTER & ENGLISH**
ATTORNEYS AT LAW

Thomas F. Doherty
Partner
T. 973.639.2078
F. 973.297.6612
TDoherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

May 3, 2012

VIA ECF

William T. Walsh, Clerk
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Lloyds TSB Bank plc v. Bank One, N.A., et al.*
Civil Action No. 03-2784 (SDW) (MCA)

Dear Mr. Walsh:

Please accept this letter as notification that I am no longer associated with Tompkins, McGuire, Wachenfeld & Barry, LLP, local counsel for defendants Harold Pote and Lance Poulsen in the above-captioned case, as well as in the related matter of *Metropolitan Life Insurance Co. v. Bank One, N.A., et al.*, Civil Action No. 03-1882 (SDW) (MCA). Accordingly, please remove me from the docket as counsel for defendants Pote and Poulsen in the *Lloyds TSB Bank* action.

Thank you for your attention to this matter.

Respectfully,

/s/ Thomas F. Doherty

Thomas F. Doherty

Enclosures

cc: Counsel of Record (via ECF)
    William H. Trousdale, Esq. (via email)

ME1 13377091v.1